WILLIAM FRIEDMAN and Another, Copartners, etc., Appellants, v. JULIUS V. ISOLDI and Another, Respondents, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

LOTTIE GROSS and Another, as Administratrices, etc., of BENJAMIN GROSS, Deceased, Appellants, v. MAX MERTZ, Doing Business under the Firm Name, etc., Respondent.— Judgment reversed and a new trial granted, with costs to abide the event. In *Rolfe* v. *Hewitt* (227 N. Y. 486) the chauffeur had been expressly instructed to permit no one to ride in the car without defendant's permission; he had been directed to do a specific thing, in the doing of which he required no assistance; whereas, in the case at bar, the chauffeur in permitting plaintiffs' intestate to ride with him to have him point out where the table should be delivered, had no individual or personal purpose of his own, separate from his master's business and interest, but on the contrary, it must have been that business and interest, a disposition to gain and keep the good will of the defendant's customers, which prompted the invitation. (*Quinn* v. *Power*, 87 N. Y. 535, 539.) Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

THEODORE L. HAWLEY, Respondent, v. MARTIN FITZPATRICK, Appellant, Impleaded with Another, Defendant.— Judgment and order of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

H. & I. LEVINE CONSTRUCTION CO., INC., Respondent, v. FINEWHIN REALTY CO., INC., and Another, Appellants.— Judgment unanimously affirmed, with costs against the appellant Finewhin Realty Co., Inc. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

In the Matter of the Petition of THOMAS W. KINNEY to Render and Settle His Account as Administrator de Bonis Non of the Estate of JOHN BOYLE, Deceased.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements, upon authority of *Matter of Scovill* (218 N. Y. 707); *Matter of Beer* (188 App. Div. 894) and *Matter of Stein* (200 id. 726). Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

HAROLD O. KLINKENBERG, Respondent, v. LIDGERWOOD MANUFACTURING COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

EDWARD L. MANN and Others, Copartners, etc., Respondents, v. OSTEND DEVELOPMENT CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

THE MOTHERLAND SHIPPING COMPANY, LTD., Respondent, v. FRANK I. FINKLER, Appellant.— Order modified so that the motion be granted, without costs, to the extent of making the complaint more definite and certain as to the allegation, in paragraph IV thereof, with reference to the collaterals and securities, so that it will be indicated what the relationship of the collaterals and securities was to the settlement with the insurance company; and as so modified affirmed, without costs. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur. Settle order on notice.

P. CALTABELLOTTA CO., INC., Appellant, v. JAMES F. HICKMAN and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.